IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMMIE L. OWENS,

             Petitioner,               No. 2:13-cv-0156 KJN P

    vs.

CALIFORNIA BOARD OF PRISON
TERMS,

             Respondent.          ORDER

_____/

         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner consented to proceed before the

undersigned for all purposes.  See 28 U.S.C. § 636(c).  Petitioner filed an in forma pauperis

affidavit; however, the certificate portion was not completed by the institution of incarceration.[1]

Petitioner provided a copy of his Inmate Statement Report, but the report is not certified.

Therefore, petitioner will be provided the opportunity to submit a completed affidavit in support

of his request to proceed in forma pauperis.  Petitioner is cautioned that failure to comply with

_____

      [1]  Petitioner wrote over the signature line:  "Refused to comply."  (Dkt. No. 2 at 2.)
However, petitioner must avail himself of procedures available at the prison to obtain this
information.  For example, if prison officials refuse to provide the certification, petitioner may
file an administrative appeal to obtain assistance.

1

1 | this order will result in the dismissal of this action.

2 |      In accordance with the above, IT IS HEREBY ORDERED that:

3 |      1.  Petitioner shall submit, within thirty days from the date of this order, a

4 | completed affidavit in support of his request to proceed in forma pauperis; petitioner's failure to

5 | comply with this order will result in the dismissal of this action; and

6 |      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

7 | pauperis form used by this district.

8 | DATED:  February 15, 2013

9 |

10 |

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

12 | owen0156.101a

2