IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMMIE L. OWENS,

        Petitioner,                    No. 2: 13-cv-0156 KJN P

    vs.

CALIFORNIA BOARD OF PRISON TERMS, et al.,

        Respondents.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 7, 2013, petitioner consented to the jurisdiction of the undersigned.

        By an order filed February 19, 2013, petitioner was ordered to file a new application to proceed in forma pauperis within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed a new application to proceed in forma pauperis.

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice.
3  DATED:  April 2, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ow156.dis